922

No. 732. BOARD OF THE BLACK RIVER REGULATING DISTRICT *v.* ADIRONDACK LEAGUE CLUB. Appeal from the Court of Appeals of New York. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed on the ground that the judgment rests on an adequate non-federal basis. Rule 16 (b) of the Rules of this Court. *Arthur E. Sutherland* for appellant. *Charles H. Tuttle* for appellee. *Paul E. Brown* filed a brief for the City of Watertown, New York, as *amicus curiae,* supporting appellant.

No. 779. REISS *v.* NEW YORK. Appeal from the County Court of Nassau County, New York. *Per Curiam:* The appeal is dismissed. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS would note probable jurisdiction. *Osmond K. Fraenkel* for appellant.

No. 731. LONG BEACH FEDERAL SAVINGS & LOAN ASSOCIATION ET AL. *v.* FEDERAL HOME LOAN BANK OF SAN FRANCISCO ET AL. Appeal from the United States Court of Appeals for the Ninth Circuit. The order entered in this case on April 30, 1956, *ante,* p. 916, is amended to read as follows: "The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction."